# AFFIDAVIT
## of
## NICHOLAS ZOTOS
## SPECIAL AGENT
## HOMELAND SECURITY INVESTIGATIONS

I, Nicholas Zotos, being first duly sworn, do depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been since November 2017. I am currently assigned to the HSI office in Saint Louis, Missouri and am affiliated with the Missouri Internet Crimes Against Children Task Force. In that role, I investigate federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I completed training on these and related topics through the Federal Law Enforcement Training Center (FLETC), the National Criminal Justice Training Center, the National Law Enforcement Training on Child Exploitation, and through various in-service trainings offered through my agency and external partners. That training includes the requirement to observe, review, and classify numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in several forms of electronic media. I am a graduate of the Treasury Computer Forensic Training Program's Basic Computer Evidence Recovery Training and Basic Mobile Device Forensics courses. I hold an A+ certification from the Computing Technology Industry Association. Pursuant to 19 U.S.C. § 1589a I am authorized to make arrests for any felony, cognizable under the laws of the United States, based upon reasonable grounds to believe the person arrested committed such a felony.

2. The statements contained in this affidavit are based on information I learned through my personal knowledge and conversations with investigators familiar with this

investigation who are formally trained and experienced in conducting investigations involving child exploitation.

3. On July 11, 2023, Homeland Security Investigations (HSI) agents in Saint Louis, MO received information from the HSI Cyber Crimes Center that a video which depicts an adult male and minor child victim, approximately 12 months of age, ("MV") engaged in sexually explicit conduct ("child sex abuse video"), was likely linked to a subject residing in Ashland, MO. The child sex abuse video was recovered by United Kingdom law enforcement from the device of a suspect in their own investigation seized on July 21, 2022 and submitted to HSI for investigation of origin.

4. The child sex abuse video depicts an adult male siting in a chair or couch in the interior of a home shirtless, wearing boxer shorts, and holding a small male child on or next to his lap. The adult adjusts the camera to focus on his erect penis while he masturbates and allows the child to touch his penis while continuing to masturbate.

5. HSI compared the image of the adult to publicly available image galleries and found a likely match to Scott Alan **BARKER**, ("**BARKER**"), a United States citizen, residing primarily in Ashland, Missouri. Agents compared publicly available images of **BARKER** from various internet pages and articles, as well as from official government documents, and noted close resemblance to the adult male depicted in the child sex abuse video. HSI found a publicly accessible social media profile pertaining to **BARKER** which displayed several photographs of **BARKER** and the MV as well as homemade videos of the MV which also showed distinctive features and decorations of the home that are also visible in the child sex abuse video. HSI compared real estate listing photographs of **BARKER**'s home with the layout and features visible in the background of the child sex abuse video and observed several distinctive matches.

6. On July 17, 2023, HSI and local law enforcement executed a court authorized search of **BARKER**'s residence. Agents observed and photographed the interior of the home, which matched the background of the child sex abuse video.

7. In a non-custodial interview, Cassie Barker was shown a sanitized screenshot from the child sex abuse video and confirmed the adult depicted is **BARKER**.

8. During a post-Miranda interview, **BARKER** admitted to using online live video chat webpages for the purpose of chatting with adults in a sexually explicit manner. **BARKER** admitted he is depicted in screenshots of the child sex abuse video and acknowledged the video depicted him masturbating with MV. **BARKER** claimed to not recall that incident and stated he may have blocked from his memory because he realized it was a mistake. **BARKER** was shown an image of the female persona believed to be used by the suspect in the United Kingdom and **BARKER** confirmed he chatted with that persona.

9. **BARKER** was arrested for violation of Title 18, United States Code, 2251, Sexual Exploitation of a Child.

_____
**Nicholas Zotos**
Special Agent
Homeland Security Investigations

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means on July 17th, 2023.

_____
**Willie J. Epps, Jr.**
United States Magistrate Judge